UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FREDERICK E. PARAHAM,

           Plaintiff,

v.                                Case No. 2:16-cv-02539

ATRIUMS MANAGEMENT CO., INC., *et al.*,

           Defendants.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate defendants Atriums Partners GP, L.L.C., The Atriums Partners, LP and Tutera Group, Inc. are dismissed from this action with prejudice. The remaining defendants are Atriums Management Co., Inc. and Tutera Senior Living and Healthcare, L.L.C.


Jointly submitted:


| | |
|---|---|
| /s/  *Alexander Edelman* | /s/  *Matthew T. Geiger* |
| Alexander Edelman   KS # 25821 | Matthew T. Geiger   KS # 19205 |
| Edelman, Liesen & Myers, L.L.P. | Geiger Prell, LLC |
| 4051 Broadway, Suite 4 | 10000 College Boulevard, Suite 100 |
| Kansas City, MO 64111 | Overland Park, KS 66210 |
| 816-607-1529 | 913-661-2430 |
| aedelman@elmlawkc.com | mgeiger@geigerprell.com |
| | |
| Attorney for Plaintiff | Attorney for Defendants |