# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FREDERICK E. PARAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-2539-CM |
| | ) |
| ATRIUMS MANAGEMENT | ) |
| COMPANY INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ADDITIONAL PROPOSED JURY INSTRUCTIONS – DEFENDANTS

**Instruction No. 1**

Qualified Individual with a Disability

The term "qualified individuals with a disability" means an individual with a disability who can perform the essential functions of the employment position that plaintiff holds. You should give consideration to, but are not bound by, defendant's judgment as to what functions of a job are essential.

---

*See 3C Fed. Jury Prac. & Instr. § 172:31 (6th ed.)* (modified to remove "or for which plaintiff has applied" as not applicable).

**Instruction No. 2**

For an employee to be "regarded as" disabled, the employer must subjectively believe the employee has a substantially limiting impairment he does not have, or the employer must subjectively believe the employee has a substantially limiting impairment when in fact the impairment is not so limiting.

---

*See E.E.O.C. v. BNSF Railway Co.,* 853 F.3d 1150, 1155-56 (10th Cir. 2017).

**Instruction No. 3**

An employer is not required to provide reasonable accommodation to an employee who meets the definition of disability solely because he is "regarded as" disabled.

---

*See* 42 U.S.C. § 12201(h); 29 C.F.R. § 1630.2(o)(4).

**Instruction No. 4**

Under the Americans with Disabilities Act, it is unlawful for an employer to terminate or otherwise discriminate against an employee because of that employee's disability if the employee is qualified to do the job with a reasonable accommodation by the employer of the employee's disability.

---

*See 3C Fed. Jury Prac. & Instr. § 172:12 (6th ed.).*

**Instruction No. 5**

Reasonable Accommodation

The term "reasonable accommodation" means making modifications to the work place that allows a person with a disability to perform the essential functions of the job or allows a person with a disability to enjoy the same benefits and privileges as an employee without a disability.

To determine the appropriate reasonable accommodation it may be necessary for the covered entity to initiate an informal, interactive process with the individual with a disability in need of the accommodation. This process should identify the precise limitations resulting from the disability and potential reasonable accommodations that could overcome those limitations.

---

*See 3C Fed. Jury Prac. & Instr. § 172:39 (6th ed.)* (first paragraph) (undue hardship sentence excluded as inapplicable); 29 C.F.R. 1630.2(o)(3) (second paragraph) (exact text of regulation).

**Instruction No. 6**

Reasonable accommodation does not require an employer to eliminate an essential job function.

---

*See Adair v. City of Muskogee,* 823 F.3d 1297, 1311 (10th Cir. 2016).

**Instruction No. 7**

Reasonable accommodation is not required unless the employer has notice of the disability and the desired accommodation.

---

*See E.E.O.C. v. C.R. England, Inc.*, 644 F.3d 1028, 1049 (10th Cir. 2011).

**Instruction No. 8**

Elements of Retaliation

In order to prevail on this claim, plaintiff must show all the following:

First:  Plaintiff engaged in conduct protected by the Americans with Disabilities Act;

Second:  Plaintiff was subjected to an adverse employment action at the time, or after, the protected conduct took place; and

Third:  Defendant took an adverse employment action against plaintiff because of plaintiff's protected conduct.

---

*See 3C Fed. Jury Prac. & Instr. § 172:24 (6th ed.).*

Respectfully submitted,



By /s/  *Matthew T. Geiger*
   Matthew T. Geiger     KS # 19205
   Benjamin R. Prell     KS # 21244
   10000 College Blvd., Suite 100
   Overland Park, Kansas 66210
   913-777-7681 (telephone)
   913-362-6729 (facsimile)
   mgeiger@geigerprell.com
   bprell@geigerprell.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on March 24, 2018, I electronically filed these Additional Proposed Jury Instructions with the Clerk of the Court, which will send a copy to all counsel of record.

/s/  *Matthew T. Geiger*
Attorney for Defendants