### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FREDERICK E. PARAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-2539-CM |
| | ) |
| ATRIUMS MANAGEMENT | ) |
| COMPANY INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **PROPOSED VERDICT FORMS – DEFENDANTS**

Defendants anticipate filing a motion for judgment as a matter of law pursuant to Rule 50(a) on the issue of punitive damages, among other issues, before the case is submitted to the jury. If the motion is granted, defendants plan to offer Verdict Form A, which does not include punitive damages. If the motion is denied, defendants plan to offer Verdict Form B, which includes punitive damages.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FREDERICK E. PARAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-2539-CM |
| | ) |
| ATRIUMS MANAGEMENT | ) |
| COMPANY INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **VERDICT** (FORM A)

We, the jury in the above entitled case, duly impaneled and sworn, upon our oaths, do make the following answers to the questions propounded by the Court.

1. Do you find that plaintiff has proven by the preponderance of the evidence that he was subject to discrimination because of a disability as defined by these instructions?

    Yes _____          No _____

2. Do you find that plaintiff has proven by the preponderance of the evidence that he was subject to retaliation for engaging in conduct protected by the Americans with Disabilities Act as defined by these instructions?

    Yes _____          No _____

*If your answers to Questions 1 and 2 are "No," your deliberations are complete, and you must answer Question 6.*

3. If you answered "Yes" to Questions 1, 2 or both, which defendant or defendants do you find are liable to plaintiff?

    Atriums Management Company, Inc.          _____

    Tutera Senior Living And Health Care, L.L.C.          _____

4. If you answered "Yes" to Questions 1, 2, or both, what amount of compensatory damages for emotional distress, if any, do you find that plaintiff sustained as a result of discrimination, retaliation or both on January 8, 2015?

    $ _____

5. If you answered "Yes" to Questions 1, 2, or both, what amount of compensatory damages for lost wages, if any, do you find that plaintiff sustained as a result of discrimination, retaliation or both on January 8, 2015?

    $ _____

6. Is your verdict as to each of these questions in the above-titled case unanimous?

    Yes _____                                    No _____

*Your deliberations are complete. Your Foreperson should sign and date this verdict form. Please notify the Court that you have reached a verdict.*


_____                          _____
Date                                         Foreperson

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| FREDERICK E. PARAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-2539-CM |
| | ) | |
| ATRIUMS MANAGEMENT | ) | |
| COMPANY INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **VERDICT** (FORM B)

We, the jury in the above entitled case, duly impaneled and sworn, upon our oaths, do make the following answers to the questions propounded by the Court.

1. Do you find that plaintiff has proven by the preponderance of the evidence that he was subject to discrimination because of a disability as defined by these instructions?

    Yes _____     No _____

2. Do you find that plaintiff has proven by the preponderance of the evidence that he was subject to retaliation for engaging in conduct protected by the Americans with Disabilities Act as defined by these instructions?

    Yes _____     No _____

*If your answers to Questions 1 and 2 are "No," your deliberations are complete, and you must answer Question 9.*

3. If you answered "Yes" to Questions 1, 2 or both, which defendant or defendants do you find are liable to plaintiff?

    Atriums Management Company, Inc.     _____

    Tutera Senior Living And Health Care, L.L.C.     _____

4. If you answered "Yes" to Questions 1, 2, or both, what amount of compensatory damages for emotional distress, if any, do you find that plaintiff sustained as a result of discrimination, retaliation or both on January 8, 2015?

    $ _____

5. If you answered "Yes" to Questions 1, 2, or both, what amount of compensatory damages for lost wages, if any, do you find that plaintiff sustained as a result of discrimination, retaliation or both on January 8, 2015?

   $ _____

6. If you answered "Yes" to Questions 1, 2 or both, do you find that plaintiff has proven by a preponderance of the evidence that punitive damages should be assessed against:

   (A)   Atriums Management Company, Inc.

   Yes _____                           No _____

   (B)   Tutera Senior Living And Health Care, L.L.C.

   Yes _____                           No _____

*If your answers to Questions 6(A) and 6(B) are "No," your deliberations are complete, and you must answer Question 9.*

7. If you answered "Yes" to Question 6(A), what amount of punitive damages, if any, do you find should be assessed against Atriums Management Company, Inc.?

   $ _____

8. If you answered "Yes" to Question 6(B), what amount of punitive damages, if any, do you find should be assessed against Tutera Senior Living And Health Care, L.L.C.?

   $ _____

9. Is your verdict as to each of these questions in the above-titled case unanimous?

   Yes _____                           No _____

*Your deliberations are complete. Your Foreperson should sign and date this verdict form. Please notify the Court that you have reached a verdict.*

_____                    _____
Date                                        Foreperson

Respectfully submitted,



By /s/  *Matthew T. Geiger*
      Matthew T. Geiger    KS # 19205
      Benjamin R. Prell    KS # 21244
      10000 College Blvd., Suite 100
      Overland Park, Kansas 66210
      913-777-7681 (telephone)
      913-362-6729 (facsimile)
      mgeiger@geigerprell.com
      bprell@geigerprell.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

      I certify that on March 24, 2018, I electronically filed these Proposed Verdict Forms with the Clerk of the Court, which will send a copy to all counsel of record.

/s/  *Matthew T. Geiger*
Attorney for Defendants