## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **FREDERICK E. PARAHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | |
| | ) | **No. 16-2539-CM** |
| **ATRIUMS MANAGEMENT** | ) | |
| **COMPANY, INC., and TUTERA** | ) | |
| **SENIOR LIVING AND HEALTH** | ) | |
| **CARE, LLC.,** | ) | |
| | ) | |
| **Defendants.** | | |

### JUDGMENT

Pursuant to the verdict returned by a jury on March 30, 2018,

IT IS ORDERED that the plaintiff Frederick E. Paraham is granted judgment against the defendants Atriums Management Company, Inc., and Tutera Senior Living and Health Care, LLC, in the amount of $63,694.00 for compensatory damages for emotional distress and $9,571.00 for compensatory damages for lost wages, which includes post judgment interest at the rate of 2.12% per annum.

**IT IS SO ORDERED.**

**Dated this 30th day of March, 2018, in Kansas City, Kansas.**


**s/ Jeff Hokanson**
**By Deputy Clerk**
**TIMOTHY M. O'BRIEN**
**Clerk of the District Court**

**Form approved this  30th day of March, 2018, in Kansas City, Kansas.**

s/ Carlos Murguia
**CARLOS MURGUIA**
**UNITED STATES DISTRICT  JUDGE**