# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FREDERICK E. PARAHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:16-cv-02539-CM |
| | ) |
| ATRIUMS MANAGEMENT CO., INC., et al., | ) |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

Pursuant to a negotiated settlement between the parties, the verdict (Doc. 90), judgment (Doc. 91) and Order awarding fees and costs (Doc. 105) are fully, finally and completely satisfied, and the Clerk of the Court is authorized to make an entry of full and complete satisfaction on the docket of said verdict, judgment and Order.

Respectfully submitted,

/s/Katherine E. Myers
Katherine E. Myers KS# 25833
Edelman, Liesen & Myers, L.L.P.
208 W. Linwood Blvd.
Kansas City, Missouri 64111
(816) 533-4976 (telephone)
(816) 463-8449 (facsimile)
kmyers@elmlawkc.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on April 29, 2019, I electronically filed this Satisfaction of Judgment with the Clerk of the Court, which will send a copy to all counsel of record.

/s/Katherine E. Myers
Attorney for Plaintiff